01

02

03

04

05                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
06                                   AT SEATTLE

07   JEAN M. SINDT,                        )
                                           )   CASE NO. C13-0426-RSM
08          Plaintiff,                     )
                                           )
09          v.                             )   ORDER OF REMAND
                                           )
10   CAROLYN W. COLVIN, Acting             )
     Commissioner of Social Security,      )
11                                         )
            Defendant.                      )
12   _____ )

13          The Court has reviewed the entire record, including the Administrative Record, the

14   memoranda of the parties, and the Report and Recommendation of United States Magistrate

15   Judge Mary Alice Theiler.   It is therefore ORDERED:

16          (1)     The Court adopts the Report and Recommendation;

17          (2)     The Court REMANDS this matter for further administrative proceedings; and

18          (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19          DATED this 28 day of October 2013.

20

21                                                  _____
                                                    RICARDO S. MARTINEZ
22                                                  UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE -1